JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| SUN LIFE ASSURANCE COMPANY OF CANADA, | Case No.  CV 12-205 DMG (CWx) |
|---|---|
| Plaintiff, | **JUDGMENT [27]** |
| v. | |
| PAMELA STRUGAR, an individual; DOUGLAS STRUGAR, an individual; PAMELA A. STRUGAR, 2010 Descendant's Trust; DOUGLAS G. STRUGAR, 2010 Descendant's Trust; THE ESTATE OF JANICE H. STRUGAR; and DOES 1-10, inclusive, | |
| Defendants. | |

        All parties having stipulated and good cause appearing therefor, IT IS

ORDERED ADJUDGED, AND DECREED:

        1.  On or about January 9, 2012, Plaintiff Sun Life deposited with the Court

the sum of $10,487,496.18, representing the benefits on Life Insurance Policy

Number 010009249 (the "Policy"), plus interest, requesting that the funds be placed

in an interest bearing account.

/ / /

2.     Defendants Pamela A. Strugar 2010 Descendants Trust and Douglas G. Strugar 2010 Descendants Trust, were, at the commencement of this action, and now are, the joint owners and entitled to all benefits payable under the Policy and to the possession of the sum of $10,487,496.18, plus accrued interest, and Defendants Estate of Janice H. Strugar, Pamela A. Strugar, and Douglas G. Strugar, have no estate, interest, right, or title, in or to the mentioned sum of Ten Million Four Hundred Eighty Seven Thousand, Four Hundred Ninety Six Dollars and Eighteen Cents ($10,487,496.18) plus accrued interest.

3.     Sun Life shall be awarded the sum of $11,544 as reasonable attorneys' fees and costs incurred in bringing its Complaint in Interpleader, to be paid out of the Policy proceeds on deposit with the Court.  The remaining parties shall bear their own attorneys fees and costs.

4.     Sun Life is hereby discharged from any and all liability to Defendants Pamela Strugar, an individual, Douglas Strugar, an individual, Pamela A. Strugar 2010 Descendant's Trust, Douglas G. Strugar 2010 Descendant's Trust, and The Estate of Janice H. Strugar as to the interpleaded funds.

5.     The Defendants shall be and by this judgment are restrained from taking, proceeding with, or commencing any action against Sun Life for or on account of any transaction, mater, happening or thing in any way arising out of the rights and obligations of the parties with respect to life insurance policy number 010009249 (the "Policy"), and/or with respect to benefits due or claimed under the Policy.

6.     The clerk of the court is ordered to prepare a draft in the amount of $11,544.00 made payable to Sun Life Assurance Company within 10 days of the

1  entry of this Judgment, and to mail that draft to Sun Life's counsel of record at the

2  following address:

3

4             Daniel W. Maguire, Esq.

           Burke, Williams & Sorensen, LLP

5             444 S. Flower Street, Suite 2400

6             Los Angeles, California 90071-2953

7

8        7.     The clerk of the court is ordered to pay the balance of the sum

9  deposited by Plaintiff, plus accrued interest, in equal shares, one half to:  Bank of

10  America, Trustee of the Pamela A. Strugar 2010 Descendants Trust, and one half

11  to:  Bank of America, Trustee of the Douglas G. Strugar 2010 Descendants Trust,

12  two equal checks, to be mailed to:

13

14             Kevin Hannant, SVP

           Bank of America

15             2049 Century Park East

16             Los Angeles, California 90067

17        8.     All defendants to pay their own fees and costs.

18

19  DATED:   August 21, 2012

20  DOLLY M. GEE

      UNITED STATES DISTRICT JUDGE

21

22  cc:  Fiscal Section

23

24  Proposed Judgment approved as to form:

25  BURKE, WILLIAMS, & SORENSEN

26  By: s/ Daniel W. Maguire

     Daniel W. Maguire

27       Attorneys for Plaintiff Sun Life

     Assurance Company of Canada

28

1

2

FREEDMAN & TAITELMAN, LLP

3

4

By: _s/ Steven E. Formaker _____
        Steven E. Formaker
        Attorneys for Defendants Pamela A. Strugar
        and Douglas G. Strugar

5

6

7

STINDT & PERSOFF

8

9

By: _s/ Dan Persoff__ _____
        Dan Persoff
        Attorneys for Defendants Estate of Janice H. Strugar, and
        Bank of America, Trustee of the Pamela A. Strugar
        2010 Descendants Trust and Trustee of the Douglas G. Strugar
        2010 Descendants Trust

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28